UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-21206-CIV-JAL

YELITHZE DEL CARMEN USECHE and all )
others similarly situated under 29 U.S.C. )
216(b), )
　　　　　　　　　　　　　　　　　　 )
　　　　　　　Plaintiff, )
　　vs. )
　　　　　　　　　　　　　　　　　　 )
ABC COMPONENTS, INC., )
MINE GULEC, )
　　　　　　　　　　　　　　　　　　 )
　　　　　　　Defendants. )
　　　　　　　　　　　　　　　　　　 )

_____

## PLAINTIFF'S STATEMENT OF CLAIM

　　　Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Time and One-half Overtime Claim (2/26/14-1/9/16):**
Amount of time and one-half per hour not compensated: $23.07
Weeks: 97
Overtime hours per week: 5
Total wages unpaid and liquidated damages: $11,188.95 X 2 = $22,377.90

*Plaintiffs seek all fees and costs under the FLSA.

　　　　　　　　　　　　　　**Respectfully submitted,**

　　　　　　　　　　　　　　**K. DAVID KELLY, ESQ.**
　　　　　　　　　　　　　　**J.H. ZIDELL, P.A.**
　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**
　　　　　　　　　　　　　　**300 71ST STREET, #605**
　　　　　　　　　　　　　　**MIAMI BEACH, FLA. 33141**
　　　　　　　　　　　　　　**PH: 305-865-6766**
　　　　　　　　　　　　　　**FAX: 305-865-7167**
　　　　　　　**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
　　　　　　　　　　　　　　**F.B.N. 0123870**
　　　　　　**BY:__/s/_____K. David Kelly_____**
　　　　　　　　　　　　　　**K. DAVID KELLY, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 4/11/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:__/s/____K. David Kelly_____**
**K. DAVID KELLY, ESQ.**