UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-21206-JAL

YELITHZE DEL CARMEN USECHE and all
others similarly situated under 29 U.S.C. 216(b)

    Plaintiff,

v.

ABC COMPONENTS, INC.,
MINE GULEC,

    Defendants.
_____/

## RESPONSE TO STATEMENT OF CLAIM

Defendants, ABC COMPONENTS, INC., and MINE GULEC ("Defendants"), by and through undersigned counsel, hereby submit their Response to Plaintiff's Statement of Claim, as follows:

Plaintiff entered an employment agreement with Defendants, in which Plaintiff agreed to work forty-five hours a week, for a salary exceeding the wage requirements set forth in the Fair Labor Standards Act's minimum wage and overtime provisions, and was a manager as defined under the law.  On April 8, 2016, this Court ordered Plaintiff to file a Statement of Claim, and for Defendants to file a Response to Plaintiff's Statement of Claim.[1]  *D.E. 6.*  Defendants deny that Plaintiff is owed Eleven Thousand One Hundred Eighty Eight Dollars and Ninety Five Cents ($11,188.95) in unpaid overtime, and further denies that Plaintiff is owed any lost wages, attorney

---

[1] Defendants' Response to Plaintiff's Statement of Claim is only filed to comply with Honorable Judge Joan Lenard's Order, dated April 8, 2016.  *D.E. 6.*  By filing this Response, Defendants are not consenting to jurisdiction, and maintain that Plaintiff has failed to state a claim on which relief may be granted.

fees, or costs.  Defendants also deny that Plaintiff is owed Twenty Two Thousand Three Hundred Seventy Seven Dollars and Ninety Cents ($22,377.90) in liquidated damages.  Defendants are gathering all documentation required to demonstrate that Plaintiff's claims are without merit, and will provide those to counsel for Plaintiff.

DATED this 2nd day of May, 2016.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**
*Attorneys for Defendants*
Wells Fargo Tower – Suite 1500
One East Broward Blvd.
Fort Lauderdale, FL  33301
PH:     (954) 745-0588
FAX:   (877) 253-1691

By:   /s/ Jordan Richards
NOLAN KLEIN, ESQUIRE
Florida Bar No. 647977
klein@nklegal.com
amy@nklegal.com
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372
richards@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **2nd** day of **May**, 2016.

By:   _/s/ Jordan Richards_
     JORDAN RICHARDS, ESQUIRE
     Florida Bar No. 108372

## SERVICE LIST:

**J.H. ZIDELL, ESQUIRE**
Florida Bar No. 0010121
**K. DAVID KELLY, ESQUIRE**
Florida Bar No. 0123870
**STEPHEN M. FOX, JR., ESQUIRE**
Florida Bar No. 110359
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Ph:     (305) 865-6766
FAX:   (305) 865-7167
*Counsel for Plaintiff*
zabogado@aol.com
david.kelly38@rocketmail.com
stephen.fox.esq@gmail.com