UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-21206-JAL

YELITHZE DEL CARMEN USECHE and all
others similarly situated under 29 U.S.C. 216(b)

    Plaintiff,

v.

ABC COMPONENTS, INC.,
MINE GULEC,

    Defendants.
_____/

## JOINT SCHEDULING REPORT

Pursuant to Local Rule 16.1, and in accordance with the Court's Order (DE 22), Plaintiff YELITHZE DEL CARMEN USECHE ("Plaintiff") Defendants ABC COMPONENTS, INC., and MINE GULEC, ("Defendants") held an in-person scheduling conference on June 10, 2016, request that this case be assigned the Standard Discovery Track, and submit the following Joint Scheduling Report.

    **a. A discussion of the likelihood of settlement:**

Settlement appears to be unlikely at this time.

    **b. A discussion of the likelihood of appearance in the action of additional parties:**

The parties do not anticipate the appearance of any additional parties but reserve the right to name additional parties, within the time limits proposed below.

    **c. The necessity or desirability or amendments to the pleadings:**

Parties unknown at this time. However, they may request leave to amend their pleadings following determinations made through discovery in this case, and agree to consult with each other to avoid unnecessary disputes regarding any such amendment(s).

**d. A proposal for the formulation and simplification of issues; including the elimination of frivolous claims or defenses:**

Counsel will meet before the Pretrial Conference or Calendar Call to discuss any proposals for the formulation and simplification of the issues. Otherwise, the parties have no proposals at this time.

**e. Suggestions for the avoidance of unnecessary proof and of cumulative evidence:**

At this time, the Parties have no suggestions for the avoidance of unnecessary proof and cumulative evidence, but will endeavor to find ways to litigate this case efficiently.

**f. A discussion of possible admissions of fact; of possible stipulations regarding authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence:**

Whenever possible, the parties will endeavor to cooperate in avoiding unnecessary proof of facts by seeking the admission of undisputed facts, including admissions as to the authenticity of relevant documents. The parties will additionally endeavor to agree to procedures governing the discovery and production of electronic documents and electronically stored information in the future as any specific needs arise.

**g. A preliminary estimate of the time required for trial:**

The Parties estimate that this case can be tried in three to four (3-4) days. Plaintiff has requested a jury trial.

**h. Any other information that might be helpful to the court:**

At this time, the parties have no other information which would be helpful to the Court in setting this case for status or pretrial conference.

| | |
|---|---|
| By: **:** */s/Stephen M. Fox, Jr.*<br>Stephen M. Fox, Jr., Esq.<br>Fla. Bar No. 110359<br>J.H. Zidell, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, FL 33141<br>*Counsel for Plaintiff* | By: */s/ Nolan K. Klein*<br>Nolan Klein<br>klein@nklegal.com<br>Fla. Bar No. 647977<br>Law Offices of Nolan Klein, P.A.<br>One East Broward Blvd., Suite 1500,<br>Fort Lauderdale, FL 33301<br>Tel.: (954) 745-0588<br>Fax: 1-(877) 253-1691<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **10th day of June**, 2016.

By: */s/ Nolan Klein*
       NOLAN KLEIN, ESQUIRE
       Florida Bar No. 647977

## Joint Scheduling Form

**DATE**
month/day/year

| | |
|---|---|
| 3/31/2017 | Joinder of Additional Parties and motions for class certification. |
| 5/2/2017 | Parties shall exchange expert witness summaries and reports. |
| 5/12/2017 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| 6/1/2017 | Parties exchange rebuttal expert witness summaries and reports.  Note: These provisions pertaining to expert witnesses do not apply to treating physicians, psychologists or other health providers (if a *Daubert* or *Markman* hearing may be necessary, the parties are to add that as an additional deadline at the bottom of Attachment A). |
| 7/212017 | All discovery, including expert discovery, shall be completed. |
| 7/31/2017 | A mediator must be selected. |
| 8/18/2017 | All summary judgment, *Daubert*, and other dispositive motions must be filed.  A **minimum of eight (8) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation.  **If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.** |
| 9/29/2017 | Mediation shall be completed. |
| 10/13/2017 | All Pretrial Motions and Memoranda of Law must be filed. |
| 10/27/2017 | Joint Pretrial Stipulation must be filed. |
| 11/21/2017 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| 11/27/2017 | Deposition designations must be filed. |
| 11/28/2017 | Beginning of Trial Period. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-21206-CIV-JAL

YELITHZE DEL CARMEN USECHE and all              )
others similarly situated under 29 U.S.C. 216(b), )
                                                 )
            Plaintiff,                           )
     vs.                                         )
                                                 )
ABC COMPONENTS, INC.,                            )
MINE GULEC,                                      )
            Defendants.                          )
_____          )
                                                 )
                                                 )

**ELECTION TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR ALL MATTERS INCLUDING TRIAL**

In accordance with the provisions of Title 28 USC section 636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| # | Motion | Yes | No |
|---|---|---|---|
| 1. | All Non-dispositive Motions | Yes____ | No__X__ |
| 2. | Motions for Attorney Fees and Costs | Yes____ | No__X__ |
| 3. | Motions for Sanctions | Yes____ | No__X__ |
| 4. | Motions to Dismiss | Yes____ | No__X__ |
| 5. | Motions for Summary Judgment | Yes____ | No__X__ |
| 6. | Settlement/Dismissal | Yes____ | No__X__ |
| 7. | Trial | Yes____ | No__X__ |
| 8. | Other | Yes____ | No__X__ |

6/10/16                      /s/ *Stephen M. Fox, Jr.*, Esq.
(Date)                      (Signature) Counsel for Plaintiff


6/10/16                      /s/ *Nolan Klein*, Esq.
(Date)                      (Signature) Counsel for Defendant(s)